IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )  | |
| Plaintiff,    ) | |
| )  | Case No. 14-CR-02130-KG |
| vs.    ) | |
| )  | |
| JESSIE ANDREW HOPPER, SR.,    ) | |
| JESSIE ANDREW HOPPER, JR., and    ) | |
| POLLY HOPPER,    ) | |

Defendants.

### ORDER ON DEFENDANT JESSIE ANDREW HOPPER, SR.'S MOTION TO COMPEL PRODUCTION OF FBI WITNESSES

THIS MATTER comes before the Court upon Defendant Jessie Andrew Hopper, Sr.'s Motion to Compel Production of FBI Witnesses (Motion to Compel), filed February 20, 2015. (Doc. 173).  On February 22, 2015, the United States filed a response in opposition to Defendant's Motion to Compel.  (Doc. 177).

On February 23, 2015, the Court held a hearing on this matter.  (Doc. 178).  Present at the hearing were Assistant United States Attorneys, Maria Armijo and Randy Castellano; Defendant Jessie Andrew Hopper, Sr.; Leon Schydlower, counsel for Defendant Jessie Andrew Hopper, Sr.; Defendant Polly Hopper; and Dean Clark, counsel for Defendant Penny Hopper.  During the hearing, the Court heard arguments from Defendant Jessie Andrew Hopper, Sr. and the United States.  At the conclusion of the hearing, the Court denied Defendant's Motion to Compel.  Immediately thereafter, the jury trial in this case commenced.  After the Court released the jury on the first day of trial, the Court clarified its ruling denying Defendant's Motion to Compel.

Having considered Defendant's Motion to Compel, the corresponding brief, relevant law, and argument of counsel at the February 23, 2015, hearing, the Court denies Jessie Andrew

Hopper, Sr.'s Motion to Compel Production of FBI Witnesses (Doc. 173), for the reasons stated on the record.

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE