IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSE ANDREW HOPPER Sr.,

    Petitioner,

v.                                        Civ. No. 20-cv-0056 KG/KRS
                                            CR No. 14-cr-2130 KG/KRS

UNITED STATES OF AMERICA,

    Respondent.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Jesse Hopper Sr.'s Motion to Vacate Federal Sentence Under 28 U.S.C. § 2255 (CR Doc. 334; CV Doc. 1) is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE